UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| SHANNON R. FOSTER, | |
| Plaintiff, | Case No. 4:17-cv-00197-TWP-TAB |
| v. | Honorable Judge Tanya W. Pratt |
| RAC ACCEPTANCE EAST, LLC d/b/a ACCEPTANCE NOW, | |
| Defendant. | |

## ORDER OF DISMISSAL

Plaintiff, SHANNON R. FOSTER ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court a Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed without prejudice.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

Date: 11/14/2017

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF